PORTER | SCOTT
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
William E. Camy, SBN 291397
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481 • FAX: 916.927.3706

Bruce S. Alpert, SBN 75684
OFFICE OF THE COUNTY COUNSEL
COUNTY OF BUTTE
25 County Center Drive, Suite 201
Oroville, CA 95965
TEL: 530.538.7621 • FAX: 530.538.6891

Attorneys for Defendants, COUNTY OF BUTTE

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

KARA JOLIE MARTIN,

Plaintiff,

v.

COUNTY OF BUTTE, and DOES 1 through 15,

Defendants.
______________________________________/

CASE NO.: 2:15-CV-01409-TLN-CMK

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER**

Complaint Filed: 3/16/2015

IT IS HEREBY STIPULATED and agreed by and between Plaintiff KARA JOLIE MARTIN and Defendant COUNTY OF BUTTE, by and through their respective undersigned counsel that, pursuant to Local Rule 144(a), the time in which Defendant COUNTY OF BUTTE may respond to Plaintiff's Complaint previously due November 20, 2015, be extended 28 days, up to and including December 18, 2015.

/ /

/ /

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

DATED: November 20, 2015

LAW OFFICES OF MELO AND SARSFIELD LLP

By /s/ John Sarsfield (authorized 10/20/15)
Marguerite Melo
John Sarsfield
Attorneys for Plaintiff
KARA JOLIE MARTIN

DATED: November 20, 2015

PORTER SCOTT
A PROFESSIONAL CORPORATION

By /s/ Stephen E. Horan
Stephen E. Horan
William E. Camy
Attorneys for Defendants
COUNTY OF BUTTE

**ORDER**

**GOOD CAUSE APPEARING, IT IS SO ORDERED**

Dated: November 20, 2015

Troy L. Nunley
United States District Judge