PORTER | SCOTT
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
William E. Camy, SBN 291397
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481 • FAX: 916.927.3706

Bruce S. Alpert, SBN 75684
OFFICE OF THE COUNTY COUNSEL
COUNTY OF BUTTE
25 County Center Drive, Suite 201
Oroville, CA 95965
TEL: 530.538.7621 • FAX: 530.538.6891

Attorneys for Defendants, COUNTY OF BUTTE

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

KARA JOLIE MARTIN,

Plaintiff,

v.

COUNTY OF BUTTE, and Does 1-15,

Defendants.
_______________________________________/

CASE NO.: 2:15-CV-01409-TLN-CMK

**STIPULATION TO EXTEND DISCOVERY DEADLINE AND ORDER**

Complaint Filed: 07/02/15

This Stipulation is entered into by and between Plaintiff KARA JOLIE MARTIN ("Plaintiff") and Defendant COUNTY OF BUTTE ("County") through counsel of record. The Parties have conferred and agree to continue the discovery deadline date for 60 days, from November 29, 2016 to January 26, 2017, for the limited purpose of obtaining Plaintiff's mental health records. The parties have good cause to request and extension for the discovery deadline. At Plaintiff's deposition on September 7, 2016, Plaintiff identified numerous mental health providers with discoverable information that she had not previously identified in her discovery responses. After the deposition, the County repeatedly requested that Plaintiff sign an authorization for the

County to obtain her relevant mental health records; however, Plaintiff's counsel was ill for an extended period of time and to date has not been able to provide the County with a signed authorization.

**IT IS SO STIPULATED.**

Dated: November 30, 2016

LAW OFFICES OF MELO AND SARSFIELD LLP

By /s/ John Sarsfield
John Sarsfield
Attorney for Plaintiff,
KARA JOLIE MARTIN

Dated: November 30, 2016

PORTER SCOTT
A PROFESSIONAL CORPORATION

By /s/ Stephen E. Horan
Stephen E. Horan
William E. Camy
Attorneys for Defendant,
COUNTY OF BUTTE

**ORDER**

Based upon the Stipulation of the parties:

1. The discovery deadline is continued from November 29, 2016 to January 27, 2017, for the limited purpose of obtaining Plaintiff's mental health records.

**IT IS SO ORDERED.**

Dated: December 5, 2016

Troy L. Nunley
United States District Judge

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706