**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
William E. Camy, SBN 291397
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481 • FAX: 916.927.3706

Bruce S. Alpert, SBN 75684
OFFICE OF THE COUNTY COUNSEL
COUNTY OF BUTTE
25 County Center Drive, Suite 201
Oroville, CA 95965
TEL: 530.538.7621 • FAX: 530.538.6891

Attorneys for Defendant, COUNTY OF BUTTE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KARA JOLIE MARTIN, | CASE NO.: 2:15-CV-01409-TLN-CMK |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE MOTION FOR SUMMARY JUDGMENT HEARING AND RELATED DATES** |
| v. | |
| COUNTY OF BUTTE, and Does 1-15, | **Date: April 6, 2017** |
| | **Time: 2:00 p.m.** |
| Defendants. | **Courtroom: 2** |
| | **Judge: Tory L. Nunley** |
| _____/ | Complaint Filed: 07/02/15 |

This Stipulation is entered into by and between Plaintiff KARA JOLIE MARTIN ("Plaintiff") and Defendant COUNTY OF BUTTE ("County") through counsel of record. The Parties have conferred and agree to continue the Motion for Summary Judgment hearing currently scheduled for April 6, 2017, at 2:00 p.m., to May 4, 2017, at 2:00 p.m. The parties agree that Plaintiff's Opposition and Defendant's Reply should be scheduled in accordance with the new hearing date. Thus, Plaintiff's Opposition would be due April 20, 2017, and Defendant's Reply would be due on April 27, 2017. The parties agree a continuance is necessary considering

1
**STIPULATION AND ORDER TO CONTINUE MOTION FOR SUMMARY JUDGMENT HEARING DATE AND RELATED DATES**

1  Plaintiff's counsel has indicated he has an unavoidable conflict with the original hearing date. The
2  new hearing date complies with the Court's Pretrial Scheduling Order.
3      **IT IS SO STIPULATED.**
4
5  DATED: March 22, 2017    LAW OFFICES OF MELO AND SARSFIELD LLP
6
7      By   /s/ John Sarsfield (authorized 03/21/17)
8          Marguerite Melo
        John Sarsfield
9          Attorneys for Plaintiff
        KARA JOLIE MARTIN
10
11
12
13  DATED: March 22, 2017    PORTER SCOTT
        A PROFESSIONAL CORPORATION
14
15
16      By   /s/ Stephen E. Horan
        Stephen E. Horan
17          William E. Camy
        Attorneys for Defendant
18          COUNTY OF BUTTE
19
20          **ORDER**
21      **IT IS SO ORDERED.**
22
23  Date: March 22, 2017
24
25          Troy L. Nunley
        United States District Judge
26
27
28

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

2
**STIPULATION AND ORDER TO CONTINUE MOTION FOR SUMMARY JUDGMENT HEARING DATE AND RELATED DATES**