JOHN J. SARSFIELD (SBN 138971)
MARGUERITE MELO (SBN 167782)
LAW OFFICES OF MELO AND SARSFIELD LLP
4216 S. Mooney Blvd PMB 136
Visalia, CA 93277
Telephone: 559 732 3000
Fax: 559 732 3005
E-mail: meloandsarsfield@icloud.com

Attorneys for Plaintiff Kara Martin

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KARA MARTIN** | CASE NO. 2:15-cv-01409-TLN-CMK |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE MOTION FOR SUMMARY JUDGMENT HEARING AND RELATED DATES** |
| vs. | |
| **COUNTY OF BUTTE,** | |
| Defendant. | **Date: May 4, 2017 Time: 2:00 p.m.**<br>**Courtroom: 2**<br>**Judge: Tory L. Nunley** |

This Stipulation is entered into by and between Plaintiff KARA JOLIE MARTIN ("Plaintiff") and Defendant COUNTY OF BUTTE ("County") through their counsel of record. The Parties have conferred and agree to continue the Motion for Summary Judgment hearing currently scheduled for May 4, 2017, at 2:00 p.m., to May 18, 2017, at 2:00 p.m. The parties agree that Plaintiff's Opposition and Defendant's Reply should be scheduled in accordance with the new hearing date. Thus, Plaintiff's Opposition would be due May 4, 2017, and Defendant's Reply would be due on May 11, 2017.

The parties agree a continuance is appropriate in light that there is a good-faith settlement offer that has been tendered by Plaintiff but has not yet been considered by the County.

1

**STIPULATION AND ORDER TO CONTINUE MOTION FOR SUMMARY JUDGMENT HEARING AND RELATED DATES**

The new proposed hearing date will not otherwise interfere with the trial dates already set in this matter.

IT IS SO STIPULATED.

Dated: 4/20/17 LAW OFFICES OF MELO AND SARSFIELD LLP

By: /s/ John Sarsfield (authorized 04/20/17)
John Sarsfield
/s/ Marguerite Melo (authorized 04/20/17)
Attorneys for Plaintiff
KARA JOLIE MARTIN

Dated: 4/20/17 PORTER SCOTT
A PROFESSIONAL CORPORATION

By: /s/ Stephen E. Horan (authorized 04/20/17)
Attorneys for Defendant
COUNTY OF BUTTE

**ORDER**

**IT IS SO ORDERED.**

DATED: April 21, 2017

Troy L. Nunley
United States District Judge